ORIGINAL

CLERK US DISTRICT COURT NORTHERN DIST. OF TX FILED
2022 MAR 23 AM 10: 26
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **ERIC L. ELLIS**<br>**Plaintiff,**<br><br>**v.**<br><br>**RUBI GARZA-LOPEZ,**<br>**And BRIAN MARSHALL BARRIER**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.**<br><br>3-22CV0675-N |

**PLAINTIFF'S ORIGINAL COMPLAINT**

NOW COMES Eric L. Ellis, Plaintiff, complaining of Defendants, **Rubi Garza-Lopez, and Brian Marshall Barrier** for cause would show this Honorable Court as follows:

## A. PARTIES

1. Plaintiff Eric L. Ellis is a male adult of sound mind and a resident of 637 Yarbrough St., Bossier City, LA 71111.
2. Defendant Rubi Garza-Lopez is an officer of Irving Police Department whose badge number is #1301. She is being sued in her official capacity.
3. Defendant Brian Marshall Barrier is an officer of Irving Police Department whose badge number is #1275. He is being sued in his official capacity.

## B. JURISDICTION AND VENUE

1. This is an action for relief and damages pursuant to 42 U.S.C. § 1983 based upon the violations of Plaintiffs' rights under the Fourth Amendment to the United States Constitution. Jurisdiction exists pursuant to 28 U.S.C. § 1331 based on 42 U.S.C. §1983 and questions of federal constitutional law. Jurisdiction also exists under section 28 U.S.C. § 1332 exists because the litigants are of different citizenship. The amount in controversy is met because the plaintiff is pleading in good faith and it's not certain that the amount in controversy can't be above $75,000.
2. Venue is proper in the Northern District of Texas pursuant to 28 U.S.C. § 1391 because the events occurred in Irving, Tx which is in the Northern District of Texas.

## C. STATEMENT OF FACTS

4. In the early morning of 08/04/2021, Plaintiff was peacefully sleeping in his vehicle at [Northwest Park Recreation Center. 2800 Cheyenne St. Irving TX 75062] when he was woken by officers of the Irving Police Department.
5. The officers ordered him to get out of his vehicle and he respectfully obliged.
6. One officer asked him to provide his name, driving license number and date of birth, which he did.
7. The Irving Police Officers didn't give Plaintiff a good reason as to why they woke him up.
8. The Officers proceeded to interrogate him and ask him several questions as if a crime was being committed.
9. The Irving Police Officers asked Plaintiff to move away from his car and go sit on the curb nearby. Plaintiff respectfully obliged. He was now **detained**.
10. The Defendants whom are Irving Police Department officers proceeded to search Plaintiff's vehicle without a warrant, without probable cause and without reasonably justifiable suspicion that the plaintiff has recently committed a crime, is in the process of committing a crime, or is soon going to commit a crime.
11. Once the Irving Police Officers retrieved the marijuana from the Plaintiff's vehicle illegally, the officers proceeded to instruct the Plaintiff to destroy his weed by stomping it out on the ground. This action is a violation of the Plaintiff's 8th amendment right. The plaintiff had a right not to be subject to cruel or unusual punishment for sleeping in his vehicle.

## D. LEGAL ARGUMENT

12. Plaintiff had a right to be secure in his car.
13. He had a right not to be searched unreasonably while sleeping peacefully in his car.
14. The Irving Police Officers did not produce any search warrant that allowed them to search the Plaintiff's car.
15. The officers did not have any reason to wake up and search the car of a man who was doing nothing but sleeping in his car without bothering anyone.
16. Plaintiff had a right to peacefully sleep in his car without searched and detained illegally.
17. He had a right for his car not to be searched without a warrant.

18. By waking up Plaintiff in his car and searching Plaintiff's car for no apparent reason without a warrant, without probable cause and without reasonable suspicion of a crime, the Defendants violated Plaintiff's Fourth Amendment rights.

19. After being detained by the Defendants, the Irving Police Dept officers; Rubi Garza-Lopez and Brian Marshall Barrier instructed the Plaintiff to destroy his own property by stomping it to the ground. This is a violation of the Plaintiff's 8th amendment rights. The plaintiff had a right not to be subject to cruel or unusual punishment for being in possession of

marijuana.

**CAUSES OF ACTION**

**D. UNLAWFUL DETENTION**

20. Unlawful police detention is when law enforcement, without legal justification, restricts a person's freedom to leave. Doing so constitutes a civil rights violation based in the Fourth Amendment. That amendment to the U.S. Constitution prohibits officers from conducting unreasonable searches or seizures.

21. A police detention is a seizure of the person. If it is unreasonable, it violates the seized person's Fourth Amendment rights. If it violates the Fourth Amendment, it is unlawful.

**E. ILLEGAL SEARCH**

22. A search is considered unlawful or illegal if it is conducted in a manner that would violate a person's reasonable expectation of privacy, such as if the search is conducted without a warrant or when it does not meet the criteria for one of the warrantless exceptions.

**F. FOURTH AMENDMENT VIOLATION**

23. The Fourth Amendment of the U.S. Constitution provides as follows: "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable

searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

## G. POLICE MISCONDUCT

24. Police misconduct occurred while the officers were performing their official duties. The officers conduct violated the plaintiff's constitutional rights. Title 42 of the United States Code. Section 1983 makes it unlawful for anyone acting under the authority of state law to deprive another person of his or her rights under the Constitution or federal law.

## H. EIGHTH AMENDMENT VIOLATION

25. The Defendants violated the Plaintiff's 8th amendment rights by subjecting the plaintiff to cruel and unusual punishments. By instructing the plaintiff to destroy his own property after the officers found marijuana in the plaintiff's vehicle during an illegal search.

## CLAIMS FOR RELIEF:

**FOURTH AMENDMENT TO THE U.S. CONSTITUTION – UNCONSTITUTIONAL SEARCH AND SEIZURE**

26. The detention and interrogation of Plaintiff by Defendants whom are Police Officers for the City Of Irving Texas, constituted an unreasonable search and seizure under the Fourth Amendment to the United States Constitution.
27. The detention and interrogation of Plaintiff by Defendant's agents was conducted pursuant to a policy, practice, or custom that violates the Fourth Amendment to the United States Constitution.

**EIGHTH AMENDMENT TO THE U.S. CONSTITUTION – CRUEL UNCONSTITUTIONAL PUNISHMENT**

28. The detention and interrogation of Plaintiff by Defendants whom are Police Officers for the City Of Irving Texas, constituted an unreasonable search and seizure under the Fourth Amendment to the United States Constitution. After finding the defendant in possession of marijuana the defendant decides to punish the defendant unconstitutionally by ordering

the plaintiff to destroy his own property by stomping it to the ground, instead of confiscating the item. The Defendants violated the EIGHTH AMENDMENT of the United States Constitution.

**5 U.S.C. §§ 702, 706 – UNLAWFUL EXERCISE OF AGENCY AUTHORITY**

The detention and interrogation of Plaintiff by Defendants exceeded Defendant's statutory authority to protect and serve. The detention and interrogation of Plaintiff by Defendant's was conducted pursuant to a policy, practice, or custom that exceed Defendant's statutory authority to protect and serve its citizens.

## I. PRAYER FOR RELIEF

REASONS WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant him the following reliefs:

a. Grant judgment in favor of Plaintiff;

b. A Declaration that Plaintiff's Fourth Amendment rights were violated by Defendants;

c. Award Plaintiff damages for violation of his Fourth Amendment Rights;

d. Award Plaintiff damages for Unlawful Detention

e. Award Plaintiff damages for illegal search

f. Award Plaintiff damages for Police Misconduct

g. Award Plaintiff damages for 8th Amendment violation.

h. Award Plaintiff punitive damages, pre and post judgment interests, costs of this suit and attorney fees as allowed by law;

i. Award Plaintiff such equitable relief as may be appropriate under the circumstances; and.

j. Award Plaintiff such further relief as this Honorable Court deems necessary and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b) Plaintiff demands a trial by jury of any and all issues in this action so triable.

Dated: 3.23.2022

Respectfully Submitted,

*Eric L. Ellis*

Eric L. Ellis

637 Yarbrough St.,

Bossier City, LA 71111

(318) 507-5030

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was sent on the **(23)** day of **(MARCH) (2022)** by email to the defendants' attorney. The Plaintiff also requests the defendants waive the service of process since the complaint was sent directly to the attorneys of the entity employing the defendants.